SADAKICHI MIKI v. NEW YORK LIFE INSURANCE COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

THE CITY OF LEAVENWORTH, KANSAS, v. THE NEW YORK TRUST COMPANY, as Trustee. GUSSIE H. BAILEY, as Trustee, v. THE NEW YORK TRUST COMPANY, as Trustee.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

ARTHUR M. DAY v. ROBERT STRUTHERS and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Motion for a stay granted, pending the granting or final refusal by the Court of Appeals of leave to appeal, upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

FRANCIS JANKOW, an Infant, by STELLA JANKOW CORCZYZA, His Guardian ad Litem, and Another v. GIUSEPPE VENTIMIGLIA and Another.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Motion for a stay granted, pending the granting or final refusal by the Court of Appeals of leave to appeal, upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

JOSEPH A. BRODERICK, as Superintendent of Banks of the State of New York, v. CONRAD PLATZ.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 213.] Motion for reargument denied. Settle order on notice. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

JOSEPH A. BRODERICK, as Superintendent of Banks of the State of New York, v. MICHAEL WEINSIER.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 213.] Motion for reargument denied. Settle order on notice. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

JOSEPH A. BRODERICK, as Superintendent of Banks of the State of New York, v. HENRY PETRY.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 213.] Motion for reargument denied. Settle order on notice. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

JOSEPH A. BRODERICK, as Superintendent of Banks of the State of New York, v. ADOLPH HEINEMANN.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 213.] Motion for reargument denied. Settle order on notice. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

JOSEPH A. BRODERICK, as Superintendent of Banks of the State of New York, v. BARTHELS MANUFACTURING Co., INC.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 213.] Motion for reargument denied. Settle order on notice. Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

In the Matter of the General Assignment of WHITE ALLOM & CHARLES ROBERSON OF LONDON, INC., to GEORGE F. O'NEILL and EDWIN M. SLOTE for the Benefit of Creditors. EDWD. F. CALDWELL & Co., INC., Claimant, Appellant.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.